UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRVING GRIFFIN, ) | Case No.: C 11-3148 PSG |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ) | |
| CEDAR FAIR, L.P., dba CALIFORNIA'S ) | |
| GREAT AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to court's October 7, 2011 order,[1] the parties should have conducted a joint site inspection by November 3, 2011. Pursuant to General Order 56, Plaintiff should have filed a notice of need for mediation within 45 days from the join inspection and review.[2]

No relief from the requirements of General Order 56 has been granted by this court, nor has

---

[1] *See* Docket No. 20.

[2] General Order 56 (as amended on November 5, 2009) sets forth the schedule for any action which asserts a denial of a right of access protected by Titles II or III of the Americans with Disabilities Act ("ADA"). Paragraph 6 states:

> If within 45 days from the joint site inspection and review, the parties cannot reach an agreement on injunctive review, or cannot settle the damages and fees claim, plaintiff shall file a "Notice of Need for Mediation" in the form set forth on the Court's ADR Internet site www.adr.cand.uscourts.gov and on the ECF website www.ecf.cand.uscourts.gov. The matter will then be automatically referred to mediation and the ADR Program will schedule a mediation as soon as possible.

Case No.: C 11-3148 PSG
ORDER TO SHOW CAUSE                                                             1

any relief pursuant to Civ. L.R. 7-11 been sought.  Furthermore, there has been no activity in this case since October 2011. Accordingly,

    IT IS HEREBY ORDERED that no later than March 23, 2012, Plaintiff shall file a declaration showing cause, if any, show cause why this case should not be dismissed for to comply with General Order 56.[3] Failure to comply may result in dismissal of Plaintiff's claims.

Dated: March 7, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Fed. R. Civ. P. 41(b).

Case No.: C 11-3148 PSG
ORDER TO SHOW CAUSE    2