1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IRVING GRIFFIN, | ) | Case No.: C 11-3148 PSG |
|---|---|---|
| Plaintiff, | ) | **ORDER DISSOLVING** |
| v. | ) | **ORDER TO SHOW CAUSE** |
| CEDAR FAIR, L.P., dba CALIFORNIA'S GREAT AMERICA, | ) ) ) | |
| Defendant. | ) | |

The court has received Plaintiff Irving Griffin's written response to the court's March 7, 2012 order to show cause for Plaintiff's failure to comply with General Order 56. Plaintiff's counsel has adequately explained the cause for Plaintiff's delay. Plaintiff also filed the notice of need for mediation pursuant to General Order 56.

The court finds good cause to allow this case to move forward. The order to show cause is dissolved. The parties shall proceed with the mediation as scheduled.

IT IS SO ORDERED.

Dated: May 1, 2012

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-3148 PSG
ORDER DISSOLVING ORDER TO SHOW CAUSE                                                                                       1