United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IRVING GRIFFIN,                                    )     Case No. 5:11-cv-03148-PSG
                                                   )
                    Plaintiff,                     )     **ORDER**
                                                   )
        v.                                         )     **(Re: Docket Nos. 40 and 41)**
                                                   )
CEDAR FAIR, L.P. DBA                               )
CALIFORNIA'S GREAT AMERICA;                        )
and DOES 1-10,                                     )
                                                   )
                    Defendants.                    )
                                                   )

        The docket reflects the parties' representations that mediation resolved this case.[1]

Unfortunately, this afternoon, Plaintiff's counsel tendered a declaration outlining the parties'

inability to reach agreement on a consent decree.  So that this matter may finally be resolved, the

parties shall either file a signed consent decree for the court's review by Friday, February 7, 2014,

or appear at a hearing on Tuesday, February 11, 2014.

**IT IS SO ORDERED.**

Dated: January 29, 2014

                                                   _____
                                                   PAUL S. GREWAL
                                                   United States Magistrate Judge

---

[1] *See, e.g.*, Docket No. 40.

Case No. 5:11-cv-03148-PSG
ORDER